No. 90–5715. CHAVARRIAGA-TORRES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5718. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5719. NEELY *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–5720. LANG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5722. GRIMM *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 90–5735. BOLEY *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 90–5776. STOMNER *v.* KOLB, SUPERINTENDENT, FOX LAKE CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied.